No. 809, Misc. BLACK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Kirby W. Patterson* for the United States.

No. 831, Misc. BAKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Robert G. Pugh* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Marshall Tamor Golding* for the United States.

No. 872, Misc. SISK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Thomas McKinney, Jr.,* for petitioner. *Solicitor General Griswold* for the United States.

No. 874, Misc. SWIFT *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied. *Matthew Muraskin* for petitioner. *William Cahn* and *Jules Orenstein* for respondent.

No. 888, Misc. GREEN *v.* PATE, WARDEN. C. A. 7th Cir. Certiorari denied. *Joseph A. Marino* for petitioner.

No. 918, Misc. NORMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Robert G. Maysack* for the United States.

No. 939, Misc. BRILL ET AL. *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *John J. Callahan* for petitioners.